IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE T. C. DUNN,** | : | **CIVIL NO. 1:10-CV-2408** |
| Petitioner | : | |
| v. | : | **(Judge Rambo)** |
| | : | **(Magistrate Judge Blewitt)** |
| **BRIAN V. COLEMAN,** *et al.*, | : | |
| Respondents | : | |

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **ANDRE T. C. DUNN,** | : | **CIVIL NO. 1:10-CV-2498** |
| Petitioner | : | |
| v. | : | **(Judge Rambo)** |
| | : | **(Magistrate Judge Blewitt)** |
| **BRIAN V. COLEMAN,** *et al.*, | : | |
| Respondents | : | |

## **O R D E R**

Before the court is a December 10, 2010 report of the magistrate judge to whom this matter was referred in which he recommends that the captioned cases be consolidated. No objections to the report have been filed.

Upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) Civil Action Number 1:10-CV-2498 is consolidated into Civil Action Number 1:10-CV-2408 and the Clerk of Court shall close the case file for Civil Action Number 1:10-CV-2498.

3) The captioned case is remanded to Magistrate Judge Blewitt.

                                                s/Sylvia H. Rambo
                                                United States District Judge

Dated: January 4, 2011.